**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| PAULETTE ARNSPARGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:09-cv-03374 |
| vs. ) | |
| ) | |
| HUNTER WARFIELD, INC., ) | **STIPULATION OF DISMISSAL** |
| ) | |
| Defendant. ) | |

Now come the Plaintiff, PAULETTE ARNSPARGER, and the Defendant, HUNTER WARFIELD, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

/s/
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712
(866) 382-0092  facsimile
mluxenburg@attorneysforconsumers.com


/s/
Birgit Dachtera Stuart
(signed by Mitchel E. Luxenburg
with permission of Birgit Dachtera Stuart)
The Law Offices of Ronald S. Cantor, LLC
11300 Rockville Pike
Suite 1200
Rockville MD 20852
(301) 770-7490
(307) 770-7493 (fax)
bstuart@roncanterllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2010 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712 (phone)
(866) 382-0092 (facsimile)
mluxenburg@attorneysforconsumers.com