IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 JUN 23 P 3: 12

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| PAULETTE ARNSPARGER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:09-cv-03374 |
| HUNTER WARFIELD, INC., | ) **STIPULATION OF DISMISSAL** |
| Defendant. | ) |

Now come the Plaintiff, PAULETTE ARNSPARGER, and the Defendant, HUNTER WARFIELD, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

_____/s/_____
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712
(866) 382-0092  facsimile
mluxenburg@attorneysforconsumers.com

_____/s/_____
Birgit Dachtera Stuart
(signed by Mitchel E. Luxenburg
with permission of Birgit Dachtera Stuart)
The Law Offices of Ronald S. Cantor, LLC
11300 Rockville Pike
Suite 1200
Rockville MD 20852
(301) 770-7490
(307) 770-7493 (fax)
bstuart@roncanterllc.com

"APPROVED"
6/23/10
Date

/s/
William D. Quarles, Jr.
United States District Judge